| | | | | |
|---|---|---|---|---|
| L.R. v. G.R. | 49A02–1608–DR–1827 | 08/17/2017 | BAILEY, J. | Affirmed in part, vacated in part, and remanded |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| White v. State | 49A02–1702–CR–244 | 08/17/2017 | BAILEY, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs |
| Battle v. State | 71A03–1703–CR–688 | 08/17/2017 | BAILEY, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Macy v. State | 12A02–1703–CR–440 | 08/17/2017 | BAILEY, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Wilhelm Construction, Inc. v. Secura Insurance | 49A02–1604–CT–811 | 08/17/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Pequignot v. State | 02A03–1702–CR–466 | 08/18/2017 | CRONE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Johnson v. Barnes | 02A05–1610–MI–2423 | 08/18/2017 | BAILEY, J. | Dismissed |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| N.P., In re | 49A04–1703–JC–446 | 08/18/2017 | VAIDIK, C.J. | Reversed |
| | | | MATHIAS, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Thompson v. State | 49A04–1701–CR–36 | 08/18/2017 | BAILEY, J. | Affirmed in part, reversed in part, and remanded |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Casper v. State | 62A04–1606–CR–1249 | 08/18/2017 | BAILEY, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |